IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> STANLEY K. BURRELL; <br> STEPHANIE D. BURRELL; <br> IMAGE, LIKENESS, POWER LLC; <br><br> Defendants. | Civil No. 2:11-CV-03079-GEB-EFB <br><br> **ORDER CONTINUING HEARING DATE** |

Upon the stipulation of the parties, the hearing on the United States counter-motion for summary judgment is continued from May 6, 2013 to May 20, 2013, commencing at 9:00 a.m.

**IT IS SO ORDERED.**

**Dated: May 1, 2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge