IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>STANLEY K. BURRELL; STEPHANIE D. BURRELL; IMAGE, LIKENESS, POWER LLC,<br><br>        Defendants. | 2:11-cv-03079-GEB-EFB<br><br>ORDER STRIKING DEFENDANTS' REPLY AND STATEMENT OF UNDISPUTED FACTS |

On May 7, 2013, Defendants filed an untimely Statement of Undisputed Facts, (ECF No. 18), purportedly in support of Defendants' Motion for Summary Judgment, which has already been denied. Defendants also filed a reply in support of that denied motion. (ECF No. 17.) Since both filings concern a motion that is no longer pending, they are stricken.

Dated:  May 14, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1