IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

STANLEY K. BURRELL;
STEPHANIE D. BURRELL;
IMAGE, LIKENESS, POWER LLC;

    Defendants.

Civil No. 2:11-CV-03079-GEB-EFB

**ORDER CONTINUING FINAL PRETRIAL CONFERENCE AND TRIAL**

Th parties jointly request an order continuing the final pretrial conference from September 16, 2013 to October 21, 2013, based on the parties' following stipulation: "The Court granted summary judgment on the primary issues and all parties are attempting to negotiate a stipulated judgment which would resolve all issues in this case." The request is granted.  Therefore, the final pretrial conference is now schedule to commence at 1:30 p.m. on October 21, 2013.  However, since it is impractical to kept the trial commencement of October 22, 2013, in light of granting the parties' requested new date for the final pretrial conference, the October 22, 2013 trial commencement date is reschedule as follows: Trial shall commence at 9:00 a.m. on December 3, 2013.

Dated:  September 10, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge