UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STANLEY K. BURRELL; STEPHANIE D. BURRELL; IMAGE, LIKENESS, POWER LLC,<br><br>　　　　Defendants. | No. 2:11-cv-03079-GEB-EFB<br><br>**ORDER** |

　　　　The parties shall file a joint status report no later than October 7, 2013, concerning the remaining issue or issues to be tried in this action in light of the Order filed August 30, 2013, (ECF No. 25). Although the August 30, 2013 Order directed Plaintiff to submit a proposed judgment, if an issue or issues were not decided in that Order, it appears judgment should not be entered.

　　　　Dated: September 30, 2013

　　　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　　　Senior United States District Judge

1