IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Civil No. 2:11-CV-03079-GEB-EFB |
| ) | |
| v. ) | **ORDER** |
| ) | |
| STANLEY K. BURRELL; ) | |
| STEPHANIE D. BURRELL; ) | |
| IMAGE, LIKENESS, POWER LLC; ) | |
| ) | |
| Defendants. ) | |
| ) | |

In accordance with the parties' stipulation in which they represent that they are attempting to negotiate a stipulated judgment resolving all issues remaining in this action, which will be filed no later than November 15, 2013, the presently scheduled final pretrial conference and trial dates are vacated.  A status conference is scheduled to commence at 9:00 a.m. on January 21, 2014.  A joint status report shall be filed fourteen days prior to the hearing.

Dated:  October 8, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge