IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>STANLEY K. BURRELL;<br>STEPHANIE D. BURRELL;<br>IMAGE, LIKENESS, POWER LLC;<br><br>            Defendants. | Civil No.  2:11-CV-03079-GEB-EFB<br><br>**ORDER** |

In accordance with the parties' stipulation in which they represent that they are attempting to negotiate a stipulated judgment resolving all issues remaining in this action, which will be filed no later than November 15, 2013, the presently scheduled final pretrial conference and trial dates are vacated.  A status conference is scheduled to commence at 9:00 a.m. on January 21, 2014.  A joint status report shall be filed fourteen days prior to the hearing.

Dated:  October 8, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge