ERIC A. NYBERG, ESQ. (Bar No. 131105)
CHRIS D. KUHNER, ESQ. (Bar No. 173291)
**KORNFIELD, NYBERG, BENDES & KUHNER, P.C.**
1970 Broadway, Suite 225
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669
Email: e.nyberg@kornfieldlaw.com
Email: c.kuhner@kornfieldlaw.com

Attorneys for Defendants Stanley K. Burrell
and Stephanie D. Burrell

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STANLEY K. BURRELL; STEPHANIE D. BURRELL; IMAGE, LIKENESS, POWER LLC,<br><br>Defendants. | Case No. 2:11-cv-03079-GEB-EFB<br><br>**ORDER EXTENDING DATE TO FILE STIPULATED JUDGMENT** |

Upon the stipulation of the parties, the deadline to submit a stipulated judgment is extended to December 2, 2013.

Dated: November 18, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Order Extending Date to File Stipulated Judgment   -1-   USA vs. Burrell, et al.
Case No. 2:11-cv-03079-GEB-EFB