IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>STANLEY K. BURRELL;<br>STEPHANIE D. BURRELL;<br>IMAGE, LIKENESS, POWER LLC;<br><br>        Defendants. | Civil No.  2:11-CV-03079-GEB-EFB<br><br>**JUDGMENT IN A CIVIL CASE** |

1.    Stanley K. Burrell and Stephanie D. Burrell are jointly and severally indebted to the United States in the amount of $798,033.48 for individual income tax for the taxable periods ending December 31, 1996 and December 31, 1997 (the "tax years at issue"), plus interest according to 28 U.S.C. § 1961(c) and 26 U.S.C. §§ 6601, 6621(a)(2), from September 16, 2013, until the judgment is paid.

2.    The United States has valid liens against all property and rights to property of Stanley K. Burrell and Stephanie D. Burrell for the tax liabilities set forth above in paragraph 1, including but not limited to any interest in Image, Likeness, Power LLC.

3.    Image, Likeness, Power LLC, and any members acting on its behalf, are hereby ordered to pay any money or property due or to become due to Stanley K. Burrell and Stephanie D. Burrell directly to the United States until the amount remaining due on this judgment, plus all accrued interest, is paid in full.

4.    Each party shall be liable for its own costs of litigation and attorneys' fees.

*Dated:  December 3, 2013*

_____
*GARLAND E. BURRELL, JR.*
*Senior United States District Judge*