IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) |
| | ) Case No. 2:11-cv-03079-JAM-JDP |
| Plaintiff, | ) |
| | ) **Stipulation and ORDER to Vacate** |
| v. | ) **March 31 Hearing and Extend** |
| | ) **Defendants' Time to Answer Post-** |
| Stanley K. Burrell, Stephanie D. Burrell, and | ) **Judgment Discovery Requests** |
| Image, Likeness, Power, LLC, | ) |
| | ) ECF No. 44 |
| Defendants. | ) |
| _____ | ) |

Pursuant to Local Rule 143, the parties stipulate as follows:

1. Chris Kuhner continues to represent Defendant Stanley Burrell in this proceeding.

2. Defendant Stanley Burrell shall respond in full to the United States' second set of post-judgment interrogatories (ECF No. 44-2), second set of post-judgment requests for production (ECF No. 44-3), and first set of post-judgment requests for admission (ECF No. 44-4) by May 6, 2022.

1

1     3.      Based on representations made by Defendant Stanley Burrell's counsel to United States' counsel, the United States' motion to compel responses to post-judgment discovery (ECF No. 44) is withdrawn as moot.

4.      The motion hearing set for March 31, 2022, at 10:00 a.m. is vacated.

Dated: March 24, 2022

                                   DAVID HUBBERT
                                   Deputy Assistant Attorney General

                                   */s/ Matthew P. Uhalde*
                                   ALEXANDER STEVKO
                                   MATTHEW P. UHALDE
                                   Trial Attorneys, Tax Division
                                   U.S. Department of Justice


                                   */s/ Chris Kuhner*
                                   Chris Kuhner
                                   Attorney for Defendant Stanley Burrell

**ORDER**

The parties' stipulation, ECF No. 48, is approved.  The hearing scheduled on plaintiff's motion to compel, ECF No. 44, is vacated.  Plaintiff has until May 6, 2022, to withdraw its motion to compel or to reset the hearing date.

IT IS SO ORDERED.

Dated:   March 28, 2022                             _____
                                                    JEREMY D. PETERSON
                                                    UNITED STATES MAGISTRATE JUDGE