UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>STANLEY K. BURRELL, *et al.*,<br><br>            Defendants. | Case No. 2:11-cv-003079-JAM-JDP (PS)<br><br>ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH LOCAL RULES<br><br>ECF Nos. 44 & 46 |

      In December 2013, the court entered judgment in the government's favor, and against defendants Stanley Burrell and Stephanie Burrell, in the amount of $798,033.48. ECF Nos. 35 & 36. In March 2022, the government filed a motion to compel Mr. Burrell to provide responses to post-judgment discovery. ECF No. 44. That motion was previously noticed for hearing on March 31, 2022. ECF No. 46. Prior to the hearing date, the court approved the parties' stipulation to vacate the March 31 hearing and to require Mr. Burrell to provide responses to the government's discovery requests by May 6, 2022. ECF No. 49. The order approving the stipulation also granted the government until May 6, 2022, either to withdraw its motion to compel or to re-notice it for hearing.

      The government chose the latter option and re-noticed its motion for hearing on June 23, 2022. ECF No. 50. To date, Mr. Burrell has not filed a response to the government's motion.

Because Mr. Burrell initially failed to respond to the government's discovery requests, he was required to file, at least seven days before the hearing, an opposition or statement of non-opposition to the government's motion. *See* E.D. Cal. L.R. 251(e). To manage its docket effectively, the court imposes deadlines on litigants and requires litigants to meet those deadlines. Failure to comply with the court's deadlines "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." E.D. Cal. L.R. 110.

Accordingly, it is hereby ORDERED that:

1. The June 23, 2022 hearing on the government's motion to compel is continued to July 21, 2022, at 10:00 a.m., in Courtroom No. 9.

2. By no later than July 7, 2022, Mr. Burrell shall file an opposition or statement of non-opposition to the government's motion.

3. Mr. Burrell shall show cause by no later than July 7, 2022, why sanctions should not be imposed for his failure to timely respond to the government's motion.

4. The government may file a reply to Mr. Burrell's opposition, if any, on or before July 14, 2022.

IT IS SO ORDERED.

Dated:  June 22, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE